**No. 26-646**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

**JUANY GALO SANTOS, et al.,**
**Plaintiffs-Appellees,**

**v.**

**SERGIO ALBARRAN, Field Office Director, et al.,**
**Defendants-Appellants.**

**On Appeal from the United States District Court**
**for the Northern District of California**
**No. 5:25-cv-05632-PCP**

# MOTION TO WITHDRAW AS COUNSEL

**CUSTODY STATUS: NOT DETAINED**

Undersigned counsel is requesting that the Court relieve her as counsel for Respondent, Todd Blanche, United States Attorney General, as she is resigning from the United States Department of Justice's Office of Immigration Litigation, with her last day being September 4, 2026. In her absence, Respondent will continue to be represented by his remaining counsel of record.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANTHONY C. PAYNE
Assistant Director
Office of Immigration Litigation

LIZA S. MURCIA
Senior Litigation Counsel
Office of Immigration Litigation

s/ Jessica D. Strokus
JESSICA D. STROKUS
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, U.S. Dep't of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-8779
Email: Jessica.D.Strokus@usdoj.gov

Dated: September 2, 2026

Attorneys for Respondent

# CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2026, I caused the forgoing to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate ACMS system. Petitioner's counsel is a registered ACMS user and will be served through the ACMS system.

/s/ Jessica D. Strokus
JESSICA D. STROKUS
Senior Litigation Counsel
Office of Immigration Litigation